UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| IRELAND, DIANA I. | § § § | Case No. 16-10697-DRC |
| Debtors(s) | § § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/29/2016. The undersigned trustee was appointed on 03/29/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 11,193.02 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 30.62 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 391.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 10,771.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 09/06/2016 and the deadline for filing governmental claims was 09/26/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,830.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,830.20, for a total compensation of $1,830.20. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.00 for total expenses of $4.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  11/10/2016     By :  /s/ Elizabeth Berg
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-10697  
Case Name: IRELAND, DIANA I.  
For Period Ending: 11/10/2016

Judge: Donald R. Cassling

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 03/29/2016 (f)  
341(a) Meeting Date: 05/02/2016  
Claims Bar Date: 09/06/2016

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 2015 GMC Terrain SLE-3000 miles | 22,000.00 | 0.00 | | 0.00 | FA |
| 2. | Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 3. | Wearing Apparel-for Debtor and son | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. | Jewelry-wedding band, watch, costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 5. | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6. | Checking - Heartland Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Savings-Heartland Bank | 700.00 | 0.00 | | 0.00 | FA |
| 8. | Checking - Heartland Bank | 291.00 | 0.00 | | 0.00 | FA |
| 9. | Oscar G.P. - 5% ownership | 9,000.00 | 8,609.00 | | 11,193.02 | FA |
| 10. | IRA-American Funds acct end #2F54 | 3,159.00 | 0.00 | | 0.00 | FA |
| 11. | IRA-Merrill Lynch acct end 2F55 | 708.00 | 0.00 | | 0.00 | FA |
| 12. | IRA-Merrill Lynch-acct end 0262 | 976.00 | 0.00 | | 0.00 | FA |
| 13. | Tax refunds-2015 federal and state | 2,100.00 | 0.00 | | 0.00 | FA |
| 14. | Berber Life Insurance-term policy | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-10697 | Judge: Donald R. Cassling | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: IRELAND, DIANA I. | | Date Filed (f) or Converted (c): 03/29/2016 (f) |
| | | 341(a) Meeting Date: 05/02/2016 |
| For Period Ending: 11/10/2016 | | Claims Bar Date: 09/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 41,484.00 | 8,609.00 | | 11,193.02 | 0.00 |

Re Prop. #1   Leased vehicle
Re Prop. #2   42' TV (7yo), Couch and coffee table (6yo)
Re Prop. #9   Stock investment general partnership with restrictions on transfer of interests

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**November 10, 2016:**  Trustee analyzed and verified validity of claims.  Trustee determined no tax return was required to be filed for Estate.  Trustee prepared TFR.

**October 17, 2016:**  Trustee obtained turnover of the Debtor's interest in the Oscar G.P. and liquidated the partnership shares.  Trustee is in the process of analyzing claims and attending to the Estate's tax matters.

**Initial Projected Date of Final Report(TFR) :** 12/31/2016          **Current Projected Date of Final Report(TFR) :** 03/31/2017

**Trustee's Signature**       /s/Elizabeth C Berg          Date:  11/10/2016
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No:** | 16-10697 | | **Trustee Name:** | Elizabeth C Berg |
| **Case Name:** | IRELAND, DIANA I. | | **Bank Name:** | Texas Capital Bank |
| | | | **Account Number/CD#:** | ******5179 Checking Account |
| **Taxpayer ID No:** | **-***3624 | | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 11/10/2016 | | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/29/2016 | [9] | Oscar Investment Club<br>Attn: Robert B. Hobneck<br>234 N. 18th Road<br>Tonica, IL 61370 | Turnover of Investment Club Proceeds | 1129-000 | 11,193.02 | | 11,193.02 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 11,178.02 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.62 | 11,162.40 |
| 09/21/2016 | 52001 | Diana I. Ireland<br>1742 Nancy Lane<br>Aurora, IL 60504 | Debtor's Exemption - OSCAR Investment Club | 8100-002 | | 391.00 | 10,771.40 |
| | | | Page Subtotals | | 11,193.02 | 421.62 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 11,193.02 | 421.62 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 11,193.02 | 421.62 |
| Less: Payments to Debtors | | 391.00 |
| **Net** | 11,193.02 | 30.62 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-10697 | |
| Case Name: | IRELAND, DIANA I. | |
| Taxpayer ID No: | **-***3624 | |
| For Period Ending: | 11/10/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5179 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 11,193.02 | |
| All Accounts Gross Disbursements: | 421.62 | |
| All Accounts Net: | 10,771.40 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5179 Checking Account | 11,193.02 | 30.62 | |
| **NetTotals** | 11,193.02 | 30.62 | 10,771.40 |

Case: 16-10697  
IRELAND, DIANA I.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
|  | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 1,830.20 | 1,830.20 | 0.00 | 1,830.20 |
|  | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 4.00 | 4.00 | 0.00 | 4.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **1,830.20** | **1,834.20** | **0.00** | **1,834.20** |
| 1 | ACAR Leasing Ltd<br>dba GM Financial Leasing<br>P. O. Box 183853<br>Arlinton, TX 76096 | 7100<br>UNSEC-TIMELY | 0.00 | 6,491.36 | 6,491.36 | 0.00 | 6,491.36 |
| 2 | Portfolio Recovery<br>Successor to Synchrony Bank<br>(Care Credit)<br>POB 41067<br>Norfolk, 23541 | 7100<br>UNSEC-TIMELY | 625.00 | 661.54 | 661.54 | 0.00 | 661.54 |
| 3 | Chase Bank USA, N.A. Attn<br>PO Box 15298<br>Wilmington, DE 19850 | 7200<br>UNSEC-TARDY | 25,250.00 | 25,809.18 | 25,809.18 | 0.00 | 25,809.18 |
| **UNSECURED TOTAL** | | | **25,875.00** | **32,962.08** | **32,962.08** | **0.00** | **32,962.08** |
| **REPORT TOTALS** | | | **25,875.00** | **34,792.28** | **34,796.28** | **0.00** | **34,796.28** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   16-10697
Case Name:   IRELAND, DIANA I.

Trustee Name:   Elizabeth C Berg

| | |
|---|---|
| Balance on Hand | $10,771.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:   Elizabeth C. Berg, Trustee | $ 1,830.20 | $ 0.00 | $ 1,830.20 |
| Trustee, Expenses:   Elizabeth C. Berg, Trustee | $ 4.00 | $ 0.00 | $ 4.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,834.20 |
| Remaining Balance | $ 8,937.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,152.90 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ACAR Leasing Ltd | $ 6,491.36 | $ 0.00 | $ 6,491.36 |
| 2 | Portfolio Recovery Assoicates, LLC | $ 661.54 | $ 0.00 | $ 661.54 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,152.90 |
| Remaining Balance | $ 1,784.30 |

UST Form 101-7-TFR (5/1/2011) Page 3

Tardily filed claims of general (unsecured) creditors totaling $25,809.18 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 6.9 %.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. Attn Corres | $ 25,809.18 | $ 0.00 | $ 1,784.30 |
| Total to be paid to tardy general unsecured creditors | | | | $ 1,784.30 |
| Remaining Balance | | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE