UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
IRELAND, DIANA I. § Case No. 16-10697-DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $23,000.00 (Without deducting any secured claims) | Assets Exempt: $9,843.00 |
| Total Distributions to Claimants: $8,937.20 | Claims Discharged Without Payment: $44,774.88 |
| Total Expenses of Administration: $1,864.82 | |

    3) Total gross receipts of $11,193.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $391.00 (see **Exhibit 2**), yielded net receipts of $10,802.02 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $1,864.82 | $1,864.82 | $1,864.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $68,625.00 | $32,962.08 | $32,962.08 | $8,937.20 |
| **TOTAL DISBURSEMENTS** | $68,625.00 | $34,826.90 | $34,826.90 | $10,802.02 |

4) This case was originally filed under chapter 7 on 03/29/2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   03/03/2017          By :   /s/ Elizabeth C Berg
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Oscar G.P. - 5% ownership | 1129-000 | $11,193.02 |
| **TOTAL GROSS RECEIPTS** | | $11,193.02 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Diana I. Ireland | | 8100-002 | $391.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $391.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $4.00 | $4.00 | $4.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,830.20 | $1,830.20 | $1,830.20 |
| Texas Capital Bank | 2600-000 | NA | $30.62 | $30.62 | $30.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,864.82 | $1,864.82 | $1,864.82 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. Attn | 7200-000 | $25,250.00 | $25,809.18 | $25,809.18 | $1,784.30 |
| 2 | Portfolio Recovery Assoicates, | 7100-000 | $625.00 | $661.54 | $661.54 | $661.54 |
| 1 | ACAR Leasing Ltd | 7100-000 | $22,000.00 | $6,491.36 | $6,491.36 | $6,491.36 |
| | USAA | | $20,750.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,625.00 | $32,962.08 | $32,962.08 | $8,937.20 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-10697  
Case Name: IRELAND, DIANA I.  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 03/29/2016 (f)  
341(a) Meeting Date: 05/02/2016  
For Period Ending: 03/03/2017  
Claims Bar Date: 09/06/2016  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 2015 GMC Terrain SLE-3000 miles | 22,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel-for Debtor and son | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Jewelry-wedding band, watch, costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 5. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6. Checking - Heartland Bank | 500.00 | 0.00 | | 0.00 | FA |
| 7. Savings-Heartland Bank | 700.00 | 0.00 | | 0.00 | FA |
| 8. Checking - Heartland Bank | 291.00 | 0.00 | | 0.00 | FA |
| 9. Oscar G.P. - 5% ownership | 9,000.00 | 8,609.00 | | 11,193.02 | FA |
| 10. IRA-American Funds acct end #2F54 | 3,159.00 | 0.00 | | 0.00 | FA |
| 11. IRA-Merrill Lynch acct end 2F55 | 708.00 | 0.00 | | 0.00 | FA |
| 12. IRA-Merrill Lynch-acct end 0262 | 976.00 | 0.00 | | 0.00 | FA |
| 13. Tax refunds-2015 federal and state | 2,100.00 | 0.00 | | 0.00 | FA |
| 14. Berber Life Insurance-term policy | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-10697 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: IRELAND, DIANA I. | | Date Filed (f) or Converted (c): 03/29/2016 (f) |
| | | 341(a) Meeting Date: 05/02/2016 |
| For Period Ending: 03/03/2017 | | Claims Bar Date: 09/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

|  |  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 41,484.00 | 8,609.00 | | 11,193.02 | 0.00 |

Re Prop. #1  Leased vehicle
Re Prop. #2  42' TV (7yo), Couch and coffee table (6yo)
Re Prop. #9  Stock investment general partnership with restrictions on transfer of interests

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**November 10, 2016:**  Trustee analyzed and verified validity of claims.  Trustee determined no tax return was required to be filed for Estate.  Trustee prepared TFR.

**October 17, 2016:**  Trustee obtained turnover of the Debtor's interest in the Oscar G.P. and liquidated the partnership shares.  Trustee is in the process of analyzing claims and attending to the Estate's tax matters.

**Initial Projected Date of Final Report(TFR) :** 12/31/2016      **Current Projected Date of Final Report(TFR) :** 03/31/2017

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 03/03/2017 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-10697 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | IRELAND, DIANA I. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5179 Checking Account |
| Taxpayer ID No: | **-***3624 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/3/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/29/2016 | [9] | Oscar Investment Club<br>Attn: Robert B. Hobneck<br>234 N. 18th Road<br>Tonica, IL 61370 | Turnover of Investment Club Proceeds | 1129-000 | 11,193.02 | | 11,193.02 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 11,178.02 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.62 | 11,162.40 |
| 09/21/2016 | 52001 | Diana I. Ireland<br>1742 Nancy Lane<br>Aurora, IL 60504 | Debtor's Exemption - OSCAR Investment Club | 8100-002 | | 391.00 | 10,771.40 |
| 01/10/2017 | 52002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,830.20 | 8,941.20 |
| 01/10/2017 | 52003 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 4.00 | 8,937.20 |
| | | | | Page Subtotals | 11,193.02 | 2,255.82 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-10697 | Trustee Name: Elizabeth C Berg |
| Case Name: IRELAND, DIANA I. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5179 Checking Account |
| Taxpayer ID No: **-***3624 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/3/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/10/2017 | 52004 | ACAR Leasing Ltd dba GM Financial Leasing 75 Remittance Dr., Suite 1738 Chicago, IL 60675-1738 | Disb of 100.00% to Claim #1 | 7100-000 | | 6,491.36 | 2,445.84 |
| 01/10/2017 | 52005 | Portfolio Recovery Assoicates, LLC Successor to Synchrony Bank (Care Credit) POB 41067 Norfolk, VA 23541 | Disb of 100.00% to Claim #2 | 7100-000 | | 661.54 | 1,784.30 |
| 01/10/2017 | 52006 | Chase Bank USA, N.A. Attn Corres Dept PO Box 17055 Wilmington, DE 19886 | Disb of 6.91% to Claim #3 | 7200-000 | | 1,784.30 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 8,937.20 |
| | **COLUMN TOTALS** | 11,193.02 | 11,193.02 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 11,193.02 | 11,193.02 |
| | Less: Payments to Debtors | | 391.00 |
| | **Net** | 11,193.02 | 10,802.02 |

UST Form 101-7-TDR (10/1/2010) (Page 8)  Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-10697 | Trustee Name: | Elizabeth C Berg |
| Case Name: | IRELAND, DIANA I. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5179 Checking Account |
| Taxpayer ID No: | **-***3624 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/3/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 11,193.02 | |
| All Accounts Gross Disbursements: | 11,193.02 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5179 Checking Account | 11,193.02 | 11,193.02 | |
| **NetTotals** | 11,193.02 | 11,193.02 | 0.00 |